# Third District Court of Appeal

## State of Florida

Opinion filed February 26, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1784
Lower Tribunal No. 23-25818-CA-01
_____

**Lake Worth Financial, Inc.**,
Appellant,

vs.

**KA Masonry, Inc., et al.**,
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

The Law Offices of Eddy O. Marban, and Edilberto Marban, for appellant.

Shumaker, Loop & Kendrick, LLP, and Brian W. Schaffnit and Duane A. Daiker (Tampa), for appellee KA Masonry, Inc.

Before LINDSEY, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed. See E. Coast Karate Studios, Inc. v. Lifestyle Martial Arts, LLC, 65 So. 3d 1127, 1129–30 (Fla. 4th DCA 2011) (holding that a non-signatory may be bound by a forum selection clause where the party seeking to bind the non-signatory proves that: (1) there is a close relationship between the non-signatory and the signatory, (2) the non-signatory's interests are derivative of the signatory's, and (3) the claims involving the non-signatory arise out of the relevant agreement); see also Zoberg v. Hu, 359 So. 3d 860, 862 (Fla. 3d DCA 2023) ("Where an evidentiary hearing has been conducted on a motion to transfer for improper venue, this Court will review the trial court's factual determinations to assure they are supported by competent, substantial evidence and the trial court's legal determinations de novo." (citing Fla. High School Athletic Ass'n, Inc., v. Johnson, 279 So. 3d 794, 796–97 (Fla. 3d DCA 2019))).